UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY AND OVERSIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, *et al*.<br><br>        Defendants. | Civil Action No. 26-0860 (ABJ) |

## DEFENDANTS' STATUS REPORT

Pursuant to the Court's May 8, 2026, Minute Order, Defendants, the Center for Medicare and Medicaid Services ("CMS") and the U.S. Department of Health and Human Services (the "Department), through undersigned counsel, respectfully submit this Status Report in the above-captioned case.

On or about February 9, 2026, Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., requests to the Defendants, seeking records related to email correspondence of specified custodians.  *See* Compl. (ECF No. 1) ¶ 9.  Plaintiff filed the instant Complaint on March 11, 2026, alleging that Defendants failed to timely respond to Plaintiff's FOIA request and seeking declaratory and injunctive relief compelling the agency to process and release the requested records.  *See generally*, Compl.  Defendants filed their Answer on April 13, 2026.

CMS has completed its search and issued its final response on May 22, 2026.  The parties are currently discussing next steps.  Unless this matter is dismissed sooner, Defendants respectfully propose filing a status report on September 4, 2026, to update the Court regarding the status of this case and any proposed next steps.

- 2 -

Dated:  July 6, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Saifuddin K. Kalolwala*
    SAIFUDDIN K. KALOLWALA
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2550
    Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*