UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GOVERNMENT ACCOUNTABILITY AND OVERSIGHT,<br><br>Plaintiff,<br><br>v.<br><br>CENTER FOR MEDICARE AND MEDICAID SERVICES, *et al*.<br><br>Defendants. | Civil Action No. 26-0860 (ABJ) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 6, 2026, Minute Order, Defendants, the Center for Medicare and Medicaid Services ("CMS") and the U.S. Department of Health and Human Services (the "Department), and Plaintiff, Government Accountability and Oversight, (collectively, the "parties") through undersigned counsel, respectfully submit this Status Report in the above-captioned case.

On or about February 9, 2026, Plaintiff submitted a Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq*., requests to the Defendants, seeking records related to email correspondence of specified custodians. *See* Compl. (ECF No. 1) ¶ 9. Plaintiff filed the instant Complaint on March 11, 2026, alleging that Defendants failed to timely respond to Plaintiff's FOIA request and seeking declaratory and injunctive relief compelling the agency to process and release the requested records. *See generally*, Compl. Defendants filed their Answer on April 13, 2026.

CMS has completed its search and issued its final response on May 22, 2026. Plaintiff has raised concerns regarding the adequacy of the Agency's search and has requested a draft search declaration from the Agency. The parties respectfully propose filing a joint status report on

October 6, 2026, to update the Court regarding the status of this matter and to address any proposed next steps.

Dated: September 4, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Saifuddin K. Kalolwala*
SAIFUDDIN K. KALOLWALA
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2550
Saifuddin.Kalolwala@usdoj.gov

*Attorneys for the United States of America*

*/s/ Matthew D. Hardin*
Matthew D. Hardin, DC Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston TX 77399
(202) 802-1948
MatthewDHardin@gmail.com

*Attorney for Plaintiff*