UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY & OVERSIGHT,

Plaintiff,

v.

UNITED STATES CENTERS FOR MEDICARE & MEDICAID SERVICES, *et al.*

Defendants.

Civil Action No. 26-0860 (ABJ)

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

Plaintiff Government Accountability & Oversight moves under Federal Rule of Civil Procedure 6(b)(1)(A) for a three-day extension of the deadline to file the joint status report, through Friday, October 9, 2026. The report is due October 6, 2026, under the Court's September 8, 2026 Minute Order.

Plaintiff's counsel has attempted to confer with government counsel to prepare the required report. At 2:41 p.m. today, defense counsel advised that another Assistant United States Attorney, Jon Lemos,[1] would handle this matter going forward and that counsel would follow up with the agency. Defense counsel also reiterated Defendants' position on the search dispute, but provided no draft report or further agency update.

At 5:24 p.m., Plaintiff's counsel followed up again and, in the absence of any substantive information for purposes of a joint status report, asked whether Defendants

[1] Mr. Lemos has not yet entered an appearance and undersigned counsel first became aware of his involvement today, October 6, 2026.

would join a motion for a 30-day extension while the parties confer. In the absence of any response, undersigned counsel followed up again at 6:27 p.m., reiterating today's deadline. As of this filing, Defendants have not responded to those follow-ups. For purposes of Local Civil Rule 7(m), Plaintiff reports these efforts to confer. Defendants' position on the shorter extension requested here is unknown.

Good cause supports this brief extension. The additional three days will allow defense counsel to obtain the agency's update, confer with the government's incoming counsel and undersigned counsel, and complete a joint report for the Court. It has become practically impossible for counsel to comply with the current deadline in light of the facts set forth above. Plaintiff therefore requests that the Court extend the joint status report deadline through October 9, 2026.

Dated: October 6, 2026

Respectfully submitted,

*/s/ Matthew D. Hardin*
Matthew D. Hardin, DC Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston TX 77399
(202) 802-1948
MatthewDHardin@gmail.com

*Attorney for Plaintiff*