UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GOVERNMENT ACCOUNTABILITY AND OVERSIGHT,

Plaintiff,

v.

CENTERS FOR MEDICARE AND MEDICAID SERVICES, *et al.*

Defendants.

Civil Action No. 26-0860 (ABJ)

**JOINT STATUS REPORT**

Pursuant to the Court's October 13, 2026, Minute Order, the parties respectfully submit this Joint Status Report.

Plaintiff's February 9, 2026 Freedom of Information Act request seeks specified email correspondence of two named custodians, without limitation as to what email account they used. The Centers for Medicare & Medicaid Services ("CMS") issued its final no-records response on May 22, 2026. Plaintiff continues to question the adequacy of the search. Status Report (ECF No. 6) at 1–2.

On September 4, 2026, Defendants supplied a draft search declaration identifying the custodians, search terms, and date range. Defendants maintain that CMS used the requested or broader search parameters. On October 6, Defendants invited Plaintiff to identify specific grounds for additional searches.

Thirty days ago, on October 8, 2026, Plaintiff proposed supplemental searches involving the TaxWaiver@cms.hhs.gov and StateDirectedPayment@cms.hhs.gov shared mailboxes, additional custodians, and program-name variants, ECF No. 19. Plaintiff based this proposal on

other public records concerning California's hospital financing programs, on prior CMS production and that, e.g., the records produced in this matter confirm that one of the custodians named in the request uses the TaxWaiver@cms.hhs.gov to, at minimum, send email, which a search only of his personal email account would miss. CMS reports at this time that it is still weighing the possibility of an additional supplemental search and needs additional time to determine whether such a search would be productive. Plaintiff's position is that Defendant has had sufficient time to state a position on whether it agrees to that search.

The parties propose additional time to confer about these issues and whether supplemental searches could resolve the dispute. They respectfully propose filing another joint status report by December 9, 2026, addressing any agreed searches or, if necessary, a proposed briefing schedule.

Dated: November 9, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Matthew D. Hardin
Matthew D. Hardin, DC Bar No. 1032711
Hardin Law Office
101 Rainbow Drive # 11506
Livingston TX 77399
(202) 802-1948
MatthewDHardin@gmail.com

*Attorney for Plaintiff*

By: */s/ Jon Lemos*
JON LEMOS
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Jon.Lemos@usdoj.gov

*Attorneys for the United States of America*